# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

RUBBY JAMES GRAY                                                                PLAINTIFF


V.                                    3:07CV00188 JLH/JTR


LARRY MILLS,
Sheriff, Poinsett County, et al.                                              DEFENDANTS


## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff shall PROCEED with his: (a) inadequate medical care claims against Defendants Cox and Houchin; and (b) his freedom of religion claim against Defendant Arnold.

2.      Pursuant to the screening function mandated by 28 U.S.C. § 1915A, all remaining claims and Defendants are DISMISSED, WITH PREJUDICE, because Plaintiff has failed to state a claim upon which relief may be granted.

3.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

4.      The Clerk is directed to prepare a summons for Defendants Arnold, Cox, and Houchin, and the United States Marshal is directed to serve the summons, Complaint, Amended Complaint, and this Order upon them without prepayment of fees and costs or security therefor.

Dated this 1st day of February, 2008.

UNITED STATES DISTRICT JUDGE