# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

RUBBY JAMES GRAY                                                  PLAINTIFF

V.                           3:07CV00188 JLH/JTR

PAULETTE ARNOLD, Administrator,
Poinsett County Detention Center, et al.                          DEFENDANTS

## ORDER

On February 26, 2008, separate Defendant Dr. Vonda Houchin filed a Motion to Dismiss and a Supporting Brief arguing that she should be dismissed from this *pro se* § 1983 action for several reasons. *See* docket entries #20 and #21. The Court concludes that a Response from Plaintiff would be helpful to the resolution of that Motion.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff shall file, **within thirty days of the entry of this Order**, a Response to Defendant Houchin's Motion to Dismiss (docket entry #20).

2. Plaintiff is hereby advised that his failure to timely comply with this Order could result in the dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2).[1]

Dated this 27th day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 5.5(c)(2) provides, in pertinent part that: "If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."