**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RUBBY JAMES GRAY                                                                                    PLAINTIFF

v.                                           3:07CV00188 JLH/JTR

PAULETT ARNOLD, Administrator,
Poinsett County Detention Center, et al.                                                  DEFENDANTS

### ORDER OF PARTIAL DISMISSAL

Plaintiff has commenced this *pro se* § 1983 action alleging that Defendants violated his constitutional rights while he was confined at the Poinsett County Detention Center. *See* docket entries #2 and #5. On February 27, 2008, the Court entered an Order giving Plaintiff thirty days to file a Response to separate Defendant Dr. Vonda Houchin's Motion to Dismiss.[1] *See* docket entry #22. Importantly, the Court advised Plaintiff that the failure to timely and properly do so would result in the dismissal of Defendant Houchin, without prejudice, pursuant to Local Rule 5.5(c)(2).[2] *Id.* As of the date of this Order of Partial Dismissal, Plaintiff has failed to comply with the Court's February 27, 2008 Order, and the time for doing so has expired.

---

[1] The February 27, 2008 Order was returned to the Court as undeliverable. *See* docket entry #24. However, on December 20, 2007, the Court issued an Order explaining Local Rule 5.5(c)(2) to Plaintiff. *See* docket entry #3. Importantly, it appears that the Plaintiff received the December 20, 2007 Order, and he has previously notified the Court of one change of address. *See* docket entry #6. However, Plaintiff has not notified the Court of any subsequent address changes.

[2] Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added.)

IT IS THEREFORE ORDERED THAT:

1. Pursuant to Local Rule 5.5(c)(2), separate Defendant Houchin is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's February 27, 2008 Order.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order of Partial Dismissal would not be taken in good faith.

3. Separate Defendant Houchin's Motion to Dismiss (docket entry #20) is DENIED, AS MOOT.

Dated this 2nd day of April, 2008.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE