**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RUBBY JAMES GRAY                                                                      PLAINTIFF

V.                                          3:07CV00188 JLH/JTR

PAULETTE ARNOLD, Administrator;
and SUSAN COX, Nurse,
Poinsett County Detention Center                                                     DEFENDANTS


**<u>ORDER</u>**

Plaintiff has commenced this *pro se* § 1983 action against Defendants. *See* docket entries #2 and #5. Defendants have filed their Answer, which includes a jury demand, and the parties have not consented to proceed before a United States Magistrate Judge. *See* docket entry #19. Accordingly, the parties will be given approximately 90 days to complete discovery and 120 days to file any dispositive motions. Absent the filing of any such motions, the Court will notify the Honorable J. Leon Holmes, United States Chief District Judge, that the case is ready to be set on his docket for a jury trial.

IT IS THEREFORE ORDERED THAT:

1.      The parties shall complete discovery **on or before July 3, 2008.**

2.      The parties shall file any dispositive motions **on or before August 1, 2008.**

Dated this   3rd   day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE