**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RUBBY JAMES GRAY                                                                                   PLAINTIFF

V.                                              3:07CV00188 JLH/JTR

PAULETT ARNOLD, Administrator;
and SUSAN COX, Nurse,
Poinsett County Detention Center                                                                  DEFENDANTS

**ORDER**

On April 3, 2008, the Court entered an Order acknowledging that a jury trial had been requested and that the parties had not consented to proceed before a United States Magistrate Judge. *See* docket entry #28. Accordingly, the Court imposed discovery and dispositive motion deadlines and mentioned that, if necessary, the case would proceed to a jury trial before the Honorable J. Leon Holmes, United States District Judge. *Id.*

On April 9, 2008, remaining Defendants Arnold and Cox filed a Response clarifying that former Defendant Houchin, who has been dismissed from this action, was the only party who requested a jury trial. *See* docket entry #30. Additionally, Defendants Arnold and Cox state that they would like this case to proceed to a non-jury trial before a United States Magistrate Judge. *Id.*

The Court's records demonstrate that Plaintiff has <u>not</u> consented to proceed before a United States Magistrate Judge. All of the parties remaining in the case must consent before the case can proceed before a United States Magistrate Judge. Additionally, Plaintiff must be given the opportunity to state whether he was relying on Defendant Houchin's demand for a jury trial or whether he wishes to have this case scheduled for a non-jury trial. Accordingly, the Court will give

Plaintiff thirty days to file a Statement indicating whether he: (1) would like a jury trial; and/or (2) wishes to consent to proceed before a United States Magistrate Judge.

IT IS THEREFORE ORDERED THAT:

1. The April 3, 2008 Order establishing discovery and dispositive motion deadlines (docket entry #28) is VACATED.

2. Plaintiff shall have **thirty days from the entry of this Order** to file a Statement containing the information specified herein.

3. Plaintiff is reminded that the failure to timely and properly respond to this Order will result in the dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 15th day of April, 2008.

_____
UNITED STATES MAGISTRATE JUDGE