IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RUBBY JAMES GRAY                                                                                    PLAINTIFF

V.                                              3:07CV00188 JLH/JTR

PAULETT ARNOLD, Administrator;
and SUSAN COX, Nurse,
Poinsett County Detention Center                                                              DEFENDANTS

## ORDER OF DISMISSAL

In this *pro se* § 1983 action, Plaintiff alleges that Defendants violated his constitutional rights while he was confined at the Poinsett County Detention Center. *See* docket entries #2 and #5. In an Order dated April 15, 2008, Plaintiff was given thirty days to advise the Court of whether he intended to proceed before a United States Magistrate Judge or exercise his right to a jury trial.[1] *See* docket entry #33. This Order also advised Plaintiff that his failure to file a timely response would result in the dismissal of this case, without prejudice, pursuant to Local Rule 5.5(c)(2).[2] *Id.* As of the date of this Order of Dismissal, Plaintiff has failed to comply with the Court's April 15, 2008 Order, and the time for doing so has expired.

---

[1] The April 15, 2008 Order was returned to the Court marked "undeliverable." *See* docket entry #35. On December 20, 2007, the Court entered an Order explaining Local Rule 5.5(c)(2) to Plaintiff. *See* docket entry #3. Importantly, it appears Plaintiff received the December 20, 2007 Order, and later notified the Court of one change of address. *See* docket entry #6.

[2] Local Rule 5.5(c)(2) provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added.)

IT IS THEREFORE ORDERED THAT:

1.     Pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's April 15, 2008 Order.

2.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 22nd day of May, 2008.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE