IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RUBBY JAMES GRAY                                                                                    PLAINTIFF

V.                                        3:07CV00188 JLH/JTR

PAULETT ARNOLD, Administrator;
and SUSAN COX, Nurse,
Poinsett County Detention Center                                                                DEFENDANTS

## JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's April 15, 2008 Order.  Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 22nd day of May, 2008.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE